| | |
|---|---|
| 1<br>2<br>3<br>4 | Jane Doe, Plaintiff *in propria persona*<br>99 Wall Street<br>23rd Floor<br>Apt. 2305<br>New York, NY 10005<br>Tel: (508) 639-0641 |

**F I L E D**
CLERK, U.S. DISTRICT COURT

OCT 2, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____rrp____ DEPUTY

**Nunc Pro Tunc**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC INVESTMENT MANGEMENT COMPANY, LLC, a Delaware limited liability company; and, DOES 1-100, inclusive<br><br>　　　　　Defendants. | **Case No. 8:20-cv-01659-JVS-DFM**<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:20-cv-01659-JVS-DFM |
| v. | |
| PACIFIC INVESTMENT MANAGEMENT CO., LLC | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

09/17/2020                              *Jane Doe*
*Date*                                  *Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Jane Doe<br><br>TELEPHONE NO.:<br>ATTORNEY FOR:<br><br>**US DISTRICT COURT**<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME: Central District of California | FOR COURT USE ONLY |
|---|---|
| PLAINTIFF: Jane Doe<br>DEFENDANT: Pacific Investment Management Co., LLC | CASE NUMBER:<br>8:20-CV-01659-JVS-DFM |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by Capital Process Service to be served on **Lynne C. Hermle And Joseph C. Liburt, C/O Orrick, Herrington & Sutcliffe, 1000 Marsh Road, Menlo Park, CA 94025.**

3. Deponent completed service by MAILING a true copy of the **Notice of Change of Attorney Business or Contact Information; Notice of Change of Address or Other Contact Information; Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) to C/O Orrick, Herrington & Sutcliffe, 1000 Marsh Road, Menlo Park, CA 94025 by placing documents** in an official depository of the U.S.P.S. in the State of California.

4. Date and Time of service: 9/18/2020 at 4:00 pm

5. I am an employee of a registered California process server.

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: Jenice Rossner
   Firm: Capital Process Service
   Address: 3104 O Street, #230, Sacramento, CA 95816
   Telephone number: (916) 247-7990
   Registration Number: 1998-02
   County: Sacramento

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/24/2020

Jenice Rossner
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

PROOF OF SERVICE                                       Job Number CPJ-2020001524